IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS IANNOTTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:20-cv-958-DWD |
| | ) |
| WOOD GROUP MUSTANG, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 6, 2023 (Doc. 79) reflecting settlement between the parties, as well as the Court's Order dated September 25, 2023 (Doc. 83), this action is **DISMISSED with prejudice** with each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED: September 25, 2023**

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**